No. 13.   BALTIMORE & OHIO RAILROAD CO. ET AL. *v.* ABERDEEN & ROCKFISH RAILROAD CO. ET AL., *ante*, p. 87;

No. 667.   GARNER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 1027;

No. 725.   PATRIARCA ET AL. *v.* UNITED STATES, *ante*, p. 1022;

No. 726.   SUTTON *v.* ADAMS, SECRETARY OF STATE OF FLORIDA, ET AL., *ante*, p. 404;

No. 758.   JOHN LANGENBACHER CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD, *ante*, p. 1049;

No. 763.   ROSEE *v.* BOARD OF TRADE OF THE CITY OF CHICAGO ET AL., *ante*, p. 1055;

No. 773.   VALENTI *v.* ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL., *ante*, p. 405;

No. 790.   PROVISION SALESMEN & DISTRIBUTORS UNION, LOCAL 627, AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO *v.* UNITED STATES ET AL., *ante*, p. 480;

No. 745, Misc.   MARSON *v.* UNITED STATES, *ante*, p. 1056;

No. 782, Misc.   HILL *v.* UNITED STATES, *ante*, p. 1033;

No. 887, Misc.   ROBINSON *v.* UNITED STATES, *ante*, p. 1057;

No. 998, Misc.   THOMPSON *v.* PARKER, WARDEN, *ante*, p. 1059; and

No. 1062, Misc.   HARRIS *v.* RHAY, PENITENTIARY SUPERINTENDENT, *ante*, p. 1061.   Petitions for rehearing denied.


No. 741.   DICKINSON, COMPTROLLER OF FLORIDA *v.* FIRST NATIONAL BANK OF HOMESTEAD ET AL., *ante*, p. 409. Petition for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.